# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | | |
|---|---|---|
| JOSEPH V. BOZZELLI, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:15-cv-260 |
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Volkswagen Group of America, Inc.
c/o Corporation Service Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. GERARD STRANCH, IV
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/30/2015

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:15-cv-260

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Volkswagen Group of America, Inc.__
was received by me on *(date)* __9/30/2015__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Corporation Service Company__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Volkswagen Group of America, Inc.__ on *(date)* __10/01/2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/7/2015__

*Server's signature*

__Beth Gray, Paralegal__
*Printed name and title*
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
THE FREEDOM CENTER
223 ROSA L. PARKS AVENUE, SECOND FLOOR
NASHVILLE, TN 37203

*Server's address*

Additional information regarding attempted service, etc:

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.74 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.99 |

Sent To: Volkswagen Group of America, Inc.
Street & Apt. No., or PO Box No.: c/o Corporation Service Company, Registered Agent
City, State, ZIP+4: 2908 Poston Avenue

PS Form 3800, July 2013    See Reverse for Instructions

Article Number: 7014 2120 0003 8570 6398

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Volkswagen Group of America, Inc.
   c/o Corporation Service Company, Registered Agent
   2908 Poston Avenue
   Nashville, TN 37203-1312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Address

B. Received by (Printed Name): Eric Johnson
C. Date of Delivery: 10/1/15

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 2120 0003 8570 6398

PS Form 3811, July 2013    Domestic Return Receipt